SCHOOL DISTRICT OF
PHILADELPHIA,
Petitioner

v.

COMMONWEALTH ASSOCIATION OF SCHOOL ADMINISTRATORS, TEAMSTERS LOCAL 502, Respondent

No. 229 EAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.